**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8130

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY A. MILTON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.   Samuel G. Wilson, District Judge.  (5:95-cr-70074-sgw-1)

Submitted:  February 18, 2010       Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory A. Milton, Appellant Pro Se.   Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Milton appeals the district court's order dismissing as frivolous his petition for a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly we affirm for the reasons stated by the district court. United States v. Milton, No. 5:95-cr-70074-sgw-1 (W.D. Va. Nov. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED